IN THE SUPREME COURT OF THE STATE OF NEVADA

DESERT LAND, LLC, A NEVADA LIMITED LIABILITY COMPANY; HOWARD BULLOCH, INDIVIDUALLY; DAVID GAFFIN, INDIVIDUALLY; THE HOWARD AND CRISTI BULLOCH FAMILY TRUST, DATED 09/14/1995; THE HOWARD BULLOCH SEPARATE PROPERTY TRUST, DATED 03/28/2003; THE CRISTI ANN BULLOCH SEPARATE PROPERTY TRUST DATED, 03/28/2003; BULLOCH HERITAGE TRUST; THE GULF STREAM IRREVOCABLE TRUST, DATED 06/30/2000, F/K/A D&M LIVING TRUST DATED 10/08/1996; AND COMPASS INVESTMENTS, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellants,

vs.

DAVID STOEBLING,

Respondent.

No. 76370

FILED

MAY 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY S. Young
DEPUTY CLERK

DESERT LAND, LLC, A NEVADA LIMITED LIABILITY COMPANY; HOWARD BULLOCH, INDIVIDUALLY; DAVID GAFFIN, INDIVIDUALLY; THE HOWARD AND CRISTI BULLOCH FAMILY TRUST DATED 09/14/1995; THE HOWARD BULLOCH SEPARATE PROPERTY TRUST DATED 03/28/2003; THE CRISTI ANN BULLOCH SEPARATE PROPERTY TRUST DATED 03/28/2003; BULLOCH HERITAGE TRUST; THE GULF STREAM IRREVOCABLE TRUST DATED 06/30/2000, F/K/A THE D&M LIVING TRUST DATED 10/08/1996; AND COMPASS INVESTMENTS, LLC, A

No. 76973

 

20-18550

NEVADA LIMITED LIABILITY
COMPANY,

                    Appellants,

          vs.

DAVID STOEBLING,

                    Respondent.

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Joseph Hardy, Jr., District Judge
        Hutchison & Steffen, LLC/Las Vegas
        Pitegoff Law Office
        Battle Born Capital, LLC
        Eighth District Court Clerk